■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOMMY SANDERS, JR., Defendant, and MARK J. BONAFANTE, Appellant. [758 NYS2d 590] —Appeal from an order of Niagara County Court (Sperrazza, J.), entered March 18, 2002, which denied appellant's application for remission of bail forfeited by an order of Niagara Falls City Court.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Niagara County Court, Sperrazza, J. Present—Wisner, J.P., Scudder, Kehoe, Gorski and Lawton, JJ.